UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  No. 3:19-CR-30002-002

WALTER ANTONIO ALVAREZ                                                DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 57) entered in this case and accepts Walter Antonio Alvarez's plea of guilty to Count 1 of the indictment.

IT IS SO ORDERED this 16th day of December, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE